District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

ZHENYU TAO,

                              Plaintiff,

        v.

JOSEPH B. EDLOW, Director, U.S.
Citizenship & Immigration Services; et al.,

                              Defendants.

Case No. 2:26-CV-00733-KKE

STIPULATED MOTION AND ORDER
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Noted for Consideration:
May 4, 2026

## **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint until July 10, 2026.

Plaintiff filed the Complaint on March 3, 2026, and served the U.S. Attorney's Office on March 12, 2026.  Defendants' response to the Complaint is due on May 11, 2026.  The Parties have agreed to extend the deadline until July 10, 2026, while Defendants work to complete the review and vetting necessary for adjudication of Plaintiff's I-829 Petition.  Therefore, the Parties submit there is good cause for a 60-day extension of Defendants' time to respond to the Complaint and have stipulated to extend that deadline until July 10, 2026.

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00733-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

DATED May 4, 2026.

Respectfully submitted,

| | |
|---|---|
| *s/ Kyle A. Forsyth* | */s/ Kelly Vomacka* |
| KYLE. A. FORSYTH, WSBA No. 34609 | KELLY VOMACKA, WSBA No. 20090 |
| Assistant United States Attorney | Gibbs Houston Pauw |
| United States Attorney's Office | 1000 Second Ave., Suite 1600 |
| Western District of Washington | Seattle, WA 98104 |
| 700 Stewart Street, Suite 5220 | Phone: 206-682-1080 |
| Seattle, Washington 98101-1271 | Email: Kelly.Vomacka@ghp-law.net |
| Phone: 206-553-7970 | |
| Fax: 206-553-2422 | *Local Counsel for Plaintiff* |
| Email: kyle.forsyth@usdoj.gov | |

*Attorney for Defendants*

*s/ Lincoln Stone*

I certify that this memorandum contains 119 words, in compliance with the Local Civil Rules.

LINCOLN STONE (*pro hac vice*)
SGG Immigration LLP
707 Wilshire Blvd., Suite 3200
Los Angeles, CA 90017
Phone: 213-627-8997
Email: Lincoln@sggimmigration.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00733-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants shall file their Answer by July 10, 2026.

DATED this 6th day of May 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00733-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970