Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZHENYU TAO,<br><br>       Plaintiff,<br>    v.<br><br>JOSEPH B. EDLOW, Director, U.S.<br>Citizenship & Immigration Services; et al.,<br><br>       Defendants. | Case No. 2:26-CV-00733-KKE<br><br>STIPULATED MOTION AND ORDER<br>FOR SECOND EXTENSION OF TIME<br>TO RESPOND TO COMPLAINT<br><br>Noted for Consideration:<br>July 7, 2026 |

**<u>JOINT STIPULATION</u>**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Defendants' Answer to Plaintiff's Complaint from July 10, 2026, to September 8, 2026.

Plaintiff filed the Complaint on March 3, 2026, and served the U.S. Attorney's Office on March 12, 2026. Defendants' response to the Complaint was originally due on May 11, 2026. By stipulation of the Parties, the Court previously extended the Answer deadline to July 10, 2026. ECF No. 10. Defendants have now completed initial background and security checks and are progressing towards adjudication of Plaintiff's I-829 Petition, but that process will not be complete by the current July 10, 2026, Answer deadline. To allow time for the adjudication to

STIPULATED MOTION AND ORDER FOR
SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00733-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

advance before commencing active litigation of this case, the Parties submit there is good cause

for a 60-day extension of Defendants' time to respond to the Complaint and have stipulated to

extend that deadline until September 8, 2026.

**SO STIPULATED.**

DATED July 7, 2026.

Respectfully submitted,

| | |
|---|---|
| *s/ Kyle A. Forsyth* | */s/ Kelly Vomacka* |
| KYLE. A. FORSYTH, WSBA No. 34609 | KELLY VOMACKA, WSBA No. 20090 |
| Assistant United States Attorney | Gibbs Houston Pauw |
| United States Attorney's Office | 1000 Second Ave., Suite 1600 |
| Western District of Washington | Seattle, WA 98104 |
| 700 Stewart Street, Suite 5220 | Phone: 206-682-1080 |
| Seattle, Washington 98101-1271 | Email: Kelly.Vomacka@ghp-law.net |
| Phone:  206-553-7970 | |
| Fax:     206-553-2422 | *Local Counsel for Plaintiff* |
| Email:  kyle.forsyth@usdoj.gov | |
| | *s/ Lincoln Stone* |
| *Attorney for Defendants* | LINCOLN STONE (*pro hac vice*) |
| | SGG Immigration LLP |
| I certify that this memorandum contains 162 | 707 Wilshire Blvd., Suite 3200 |
| words, in compliance with the Local Civil Rules. | Los Angeles, CA 90017 |
| | Phone: 213-627-8997 |
| | Email: Lincoln@sggimmigration.com |
| | |
| | *Attorney for Plaintiff* |

STIPULATED MOTION AND ORDER FOR
SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT
[Case No. 2:26-cv-00733-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED.  Defendants shall file their Answer by September 8, 2026.

DATED this 9th day of July 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR                    UNITED STATES ATTORNEY
SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT    700 STEWART STREET, SUITE 5220
[Case No. 2:26-cv-00733-KKE] - 3                    SEATTLE, WASHINGTON 98101
                                                    (206) 553-7970